UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| VIACHESLAV ASALKHANOV, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| V. | ) Case No.: 1:25-cv-01298-STA-jay |
| | ) |
| WARDEN, WEST TENNESSEE | ) |
| DETENTION FACILITY, | ) |
| | ) |
| Respondent. | ) |

**ORDER (I) VACATING "PRO SE PRISONER" TRACK ASSIGNMENT; (II) SUBSTITUTING LEAD RESPONDENT; AND (III) TRANSFERRING VENUE TO THE WESTERN DIVISION FOR RANDOM JUDGE ASSIGNMENT**

Before the Court is Petitioner Viacheslav Asalkhanov's Emergency Omnibus Motion. (ECF No. 6.) Having reviewed the motion and the record, and finding good cause shown, the Court **GRANTS** the relief requested.

Petitioner asserts that he is a citizen of the Russian Federation who was lawfully paroled into the United States via a CBP One appointment and has maintained perfect immigration compliance since his entry. Petitioner further asserts that he has been detained at the West Tennessee Detention Facility (WTDF) for 101 days.

Accordingly, it is **ORDERED**:

1. **TRACK ASSIGNMENT:** The "Pro Se Prisoner" track assignment is hereby **VACATED**. Petitioner is a civil immigration detainee, not a prisoner serving a criminal sentence, and is now represented by counsel. The Clerk is directed to re-track this case as a **Standard/Expedited Civil Matter**.

2. **SUBSTITUTION OF RESPONDENT:** The Clerk is directed to modify the docket to reflect **SCOTT LADWIG**, Acting Field Office Director for Immigration and Customs Enforcement, as the lead Respondent.

3. **TRANSFER OF VENUE:** The Clerk is directed to **TRANSFER** this case to the **Western Division**. Tipton County, the location of Petitioner's physical confinement at WTDF, is geographically assigned to the Western Division.

4. **ASSIGNMENT:** The Clerk of the Court is **DIRECTED** to randomly assign this matter to a Judge in the Western Division, Western District of Tennessee.

5. **STAY OF TRANSFER:** Pending reassignment, Respondents and all those acting in concert are **ENJOINED** from transferring Petitioner out of the Western District of Tennessee to maintain this Court's jurisdiction over the Petitioner and his immediate custodian.

**IT IS SO ORDERED**.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date: February 18, 2026